Commonwealth ex rel. Ice, Appellant, *v.*
Russell.

Submitted November 14,

1966. *Jack I. Ice,* appellant, in propria persona; *Joseph S. Walko,* First Assistant District Attorney, for appellee.

Order affirmed.